GERALD A. FRANCESE SEAFOOD COMPANY *v.*
LUND'S FISHERIES, INC.
(13994)

Lavery, Landau and Spear, Js.

Argued October 30—decision released November 21, 1995

*Ronald F. Ochsner*, for the appellant (defendant).

*John C. Wirzbicki*, for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.